UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 06325
   PAMELA A. JORDEN
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-4710
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 04/09/07 and confirmed on 06/11/07.

   2.  The case was converted to Chapter 7 after confirmation, 10/30/2007.

   3.  The Debtor paid a total of $ 3440.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EASY AUTO CREDIT | SECURED VEHIC | 8520.00 | 197.75 | 930.96 |
| US BANK | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SPECIAL CLASS | 2349.00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 5388.02 | .00 | .00 |
| ANGELO BONCIMINO | UNSECURED | 3265.31 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 107.68 | .00 | .00 |
| BUSINESS OFFICE | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 1901.90 | .00 | .00 |
| CREDIT AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CU RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTIONS | UNSECURED | 102.02 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 478.23 | .00 | .00 |
| JAVED BANGASH MD | UNSECURED | NOT FILED | .00 | .00 |
| KHURSHEED AHMED | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S CERALD & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PARAGON WAY | UNSECURED | 1326.05 | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TEX COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOAN SERVICING CE | UNSECURED | .00 | .00 | .00 |
| WOLPOFF & ABARAMSON | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 52.86 | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 826.36 | .00 | .00 |

```
ILLINOIS DEPT REVENUE      UNSECURED         89.56              .00              .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED        OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8520.00           .00    15886.99          .00       24406.99
PRINCIPAL PAID       930.96           .00         .00          .00         930.96
INTEREST PAID        197.75           .00         .00          .00         197.75
TOTAL PAID          1128.71           .00         .00          .00        1128.71
The Debtor's attorney, KONSTATINE T SPARAGIS        , was allowed $   3000.00
and was paid $    671.00  direct and $   2221.84  through the plan.

The Trustee received $     89.45 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 01/14/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```